# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3050 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 17 DB 2023 |
| | : | |
| v. | : | Attorney Registration No. 63600 |
| | : | |
| | : | (Philadelphia) |
| ROBERT SCOTT CLEWELL, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of July, 2024, upon consideration of the Report and Recommendations of the Disciplinary Board, Robert Scott Clewell is suspended from the Bar of this Commonwealth for a period of two years. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).